IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv296

| | |
|---|---|
| EX-CELL HOME FASHIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARNATION HOME FASHIONS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

THIS MATTER is before the Court on Plaintiff's motion for Temporary Restraining Order. Both parties are ordered to appear for a hearing on July 12, 2010 at 2:00 p.m. in Courtroom #3 at the Charlotte Federal Courthouse.

**SO ORDERED.**

Signed: July 8, 2010

Graham C. Mullen
United States District Judge